IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., <br><br> Plaintiff, <br><br> v. <br><br> A1Y7AS0EQNPIL0, et al., <br><br> Defendants. | Case No. 26-cv-00807 <br><br> **Judge Jorge L. Alonso** <br><br> **Magistrate Judge Young B. Kim** |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Levi Strauss & Co. ("Plaintiff") and Defendant chunmeiQ5958 (Def. No. 32) ("Defendant") hereby jointly stipulate to dismiss this action with prejudice, including all claims stated herein against Defendant. Each party will bear their own costs and attorneys' fees.

Dated this 11th day of March 2026.　　Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*

/s/ Longhao Wang
Longhao Wang
LW Legal LLC
150 S. Wacker Suite 2400
Chicago, IL 60606
(718) 200-9474
lwang@lwlegalfirm.com
Attorney for Defendant

*Counsel for Defendant chunmeiQ5958 (Def No. 32)*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 11th day of March 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in the case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*
