**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LEVI STRAUSS & CO.,

      Plaintiff,

v.

A1Y7AS0EQNPIL0, et al.,

      Defendants.

Case No. 26-cv-00807

**Judge Jorge L. Alonso**

**Magistrate Judge Young B. Kim**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Levi Strauss &

Co. ("Plaintiff") hereby dismisses this action as to the following Defendant:[1]

| Defendant Name | Line No. |
|---|---|
| Atlodas Store US | 16 |

Dated this 16th day of April 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Jennifer M. Younan
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
jyounan@gbc.law

*Counsel for Plaintiff Levi Strauss & Co.*

---

[1] With this dismissal, the above-captioned case can be terminated.